## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20596

YUDY HERNANDEZ,

   PLANTIFF,

v.

LIFE TIME, INC. D/B/A LIFE TIME
FITNESS, a Foreign Profit Corporation

   DEFENDANT.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, YUDY HERNANDEZ and Defendant LIFE TIME INC. d/b/a LIFE TIME FITNESS, by and through their respective undersigned counsel, hereby files this Notice of Settlement, notifying the Court that the Parties have reached a settlement of all claims in the above-styled matter with each party to bear their own attorney's fees and costs.   The Parties request all deadlines be stayed pending finalizing a long form agreement and the Parties anticipate submission of a stipulation of dismissal within twenty-one (21) days hereto.

       Respectfully Submitted,

| | |
|---|---|
| Mendez Law Offices, PLLC<br>Adams & Associates, P.A.<br>*Counsel for Plaintiff*<br><br>By: /s/ Diego German Mendez<br>Florida Bar No. 52748<br>By: /s/ Richard Adams<br>Florida Bar No: 770434 | COLE, SCOTT & KISSANE, P.A.<br>*Counsel for Defendant*<br><br>By: /s/ Rachel K. Beige<br>Florida Bar No.: 16366 |

1

CASE NO.: 1:25-cv-20596

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of March, 2025, we electronically filed the

foregoing document with the US District Court, Southern District of Florida, using the CM/ECF

system which will send a notification of such filing to all counsel of record.

By:   */s/ Rachel K. Beige*
RACHEL K. BEIGE
Florida Bar No.: 16366
JUSTIN D. EDELL
Florida Bar No.: 105105

2