UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20596-CIV-SINGHAL

YUDY HERNANDEZ,

    Plaintiff,

vs.

LIFE TIME, INC. d/b/a LIFE TIME
FITNESS, a Foreign Profit Corporation,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement (DE [18]) filed on March 25, 2025.  The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a dismissal of the instant action by **April 25, 2025**.  The Clerk of Court shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.  All deadlines and hearings are **CANCELLED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 26th day of March 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF