UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


YUDY HERNANDEZ,                                    CASE NO. 1:25-cv-20596-AHS
     Plaintiff,

vs.

LIFE TIME, INC.,
a Foreign Profit Corporation
D/B/A LIFE TIME FITNESS
     Defendant,

_____/

### JOINT NOTICE/STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Plaintiff, YUDY HERNANDEZ, through undersigned attorney Diego G. Mendez and Richard J Adams, pursuant to the Federal Rules Civil Procedure 41(a)(1)(ii) files this Joint Notice/Stipulation of Voluntary Dismissal with Prejudice against Defendant,  LIFE TIME, INC.  All claims and counter claims by all parties are hereby dismissed with prejudice by stipulation.  Each party shall bear their own attorney fees and costs.

Submitted by:

Mendez Law Offices, PLLC                           Cole, Scott & Kissane
Attorneys for Plaintiff                            Attorney for Defendant
P.O. BOX 228630                                    222 Lakeview Avenue
Miami, Florida 33172                               Suite 500
Telephone: 305.264.9090                            West Palm Beach, FL 33401
Facsimile: 1-305.809.8474                          561-383-9229
Email:info@mendezlawoffices.com                    Email: justin.edell@csklegal.com
By:            /s/                                 By:_____/s/_____.
DIEGO GERMAN MENDEZ, ESQ.                          JUSTIN DAVID EDELL, ESQ.
FL BAR NO.: 52748

Adams & Associates, P.A.
Attorneys for Plaintiff
6500 Cowpen Road, Suite 101
Miami Lakes, FL  33014
Telephone:  305-824-9800
Facsimile:  305-824-3868
Email: radamslaw@bellsouth.net
By: _____/s/_____
RICHARD J. ADAMS, ESQ
FL BAR NO.: 770434

###