UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20596-CIV-SINGHAL

YUDY HERNANDEZ,

    Plaintiff,

v.

LIFE TIME, INC., a Foreign Profit Corporation d/b/a
LIFE TIME FITNESS,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Notice/Stipulation of Voluntary Dismissal with Prejudice (DE [20]). The Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**, and all deadlines or hearings are **TERMINATED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of April 2025.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF